# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * *
JULIANA OWENS,                    *      No. 22-1370V
on behalf of her minor child, S.O.  *
                                  *
              Petitioner,         *
                                  *      Special Master Christian J. Moran
v.                                *
                                  *      Filed: June 4, 2026
SECRETARY OF HEALTH               *
AND HUMAN SERVICES,               *
                                  *
              Respondent.         *
* * * * * * * * * * * * * * * * * * * *
```

Alison Haskins, Siri & Glimstead, LLP, Aventura, FL, for Petitioner;
Andrew Donald Downing, Downing, Allison & Jorgenson, Phoenix, AZ, former counsel of record for Petitioner;
Naseem Kourosh, United States Dep't of Justice, Washington, DC, for Respondent.

### UNPUBLISHED DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

Pursuant to 42 U.S.C. § 300aa-15(e), petitioner has requested a total of $51,060.29 in attorneys' fees and costs, representing a sum requested in a motion for interim fees and a motion for final fees. The undersigned tentatively found that petitioner requested a reasonable amount and was entitled to the full amount

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Decision will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), the parties have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. Any changes will appear in the document posted on the website.

requested.  The undersigned allowed respondent an opportunity to comment. Respondent did not interpose any objections to the amount requested within the time permitted.  <u>See</u> Resp't's Resp., filed May 29, 2026.

Petitioner's attorney, attorney staff, and expert have requested hourly rates that are consistent with the rates previously awarded and/or reasonable.  The number of hours is reasonable.[2]  Thus, the amount requested is reasonable.

Petitioner is awarded $51,060.29.  The amount of $48,555.29 shall be paid through an ACH deposit to Mr. Downing's IOLTA account for prompt disbursement.  The amount of $2,505.00 shall be paid through an ACH deposit to Ms. Haskins's IOLTA account for prompt disbursement.  In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[3]

**IT IS SO ORDERED**.

<u>s/Christian J. Moran</u>
Christian J. Moran
Special Master

---

[2] Petitioner's expert, Dr. Styperek, should create invoices that contain more information.

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.